James L. Day, WSBA #20474
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jday@bskd.com

HONORABLE FREDERICK P. CORBIT

HEARING DATE: March 25, 2025
HEARING TIME: 1:30 p.m. Pacific
LOCATION: Via Zoomgov.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br>(Jointly Administered)<br><br>**AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND NOTICE THEREOF** |

TO: MATTHEW J. LIVINGSTON, of REID & WISE LLC, counsel for Plaintiffs
AND TO: JEREMY E. ROLLER, of ARETE LAW GROUP PLLC, counsel for Plaintiffs
AND TO: CLERK OF THE COURT
AND TO: U.S. TRUSTEE'S OFFICE
AND TO: PARTIES IN INTEREST
AND TO: ALL PARTIES REQUESTING SPECIAL NOTICE

**PLEASE TAKE NOTICE** that, upon the **Memorandum of Law in Support of AP Defendants' Motion to Dismiss the Complaint** (the "Motion"), the accompanying Declaration of Jason I. Kirschner and exhibits attached thereto, and all prior pleadings and proceedings herein, Defendants 1 Min, LLC, Hotel at Southport, LLC, Twelfth Floor, LLC and WF CREL 2020 Grantor Trust (collectively the "AP Defendants"), respectfully move this Court for an order dismissing the Complaint [Docket Entry No. 1] with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), incorporated herein by Federal Rule of Bankruptcy Procedure 7012.

AP DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT AND NOTICE THEREOF – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**PLEASE FURTHER TAKE NOTICE** that an in-person hearing on the Motion is scheduled to be held on **Tuesday, March 25, 2025, commencing at 1:30 p.m. prevailing Pacific Time**. Any party that wishes to appear at or attend the hearing remotely may participate via video conference by following the link below:

**Via ZoomGov at:**
https://www.zoomgov.com/j/1606922376
(Telephone: (669) 254-5252)
Meeting ID: 1606922376

**See also:** https://www.waeb.uscourts.gov/judge/judge-frederick-p-corbit

The date, time and place of this hearing is subject to change, and notice of any change shall be given only to parties who have filed objections to the Motion or who have specifically requested just notice in writing.

**PLEASE TAKE FURTHER NOTICE** that IF YOU OPPOSE entry of the Motion to Dismiss, you must file your written response or objection with the Court Clerk and deliver copies to the undersigned counsel NO LATER THAN **Tuesday, March 18, 2025**. If you do not timely file a response or objection, the Court may enter a final order approving the Motion without further notice to you.

**PLEASE TAKE FURTHER NOTICE** that, under Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, the AP Defendants consent to the entry of final orders or judgment by this Court.

*[Signatures next page]*

---

AP DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT AND NOTICE THEREOF – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Dated: February 18, 2025

**BUSH KORNFELD LLP**

/s/ James L. Day
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944

*Attorneys for the Debtors*

**EISENHOWER CARLSON PLLC**

/s/ Darren R. Krattli
Darren R. Krattli, WSBA No. 39128
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile: (253) 272-5732
Email: DKrattli@Eisenhowerlaw.com

-and-

**MAYER BROWN LLP**

Thomas S. Kiriakos
Craig E. Reimer
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: TKiriakos@mayerbrown.com
CReimer@mayerbrown.com

-and-

Jason I. Kirschner
Danielle A. Sigal
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: jkirschner@mayerbrown.com
DSigal@mayerbrown.com

*Counsel to WF CREL 2020 GRANTOR TRUST*

AP DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT AND NOTICE THEREOF – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 ib18nq01gy

25-80007-FPC    Doc 12    Filed 02/19/25    Entered 02/19/25 14:56:40    Pg 3 of 3