| | |
|---|---|
| Honorable Frederick P. Corbit | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| | (Jointly Administered) |
| Debtors. | |
| | Adv. Proc. No. 25-80007 |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING | **DECLARATION OF JASON I. KIRSCHNER IN SUPPORT OF AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

|  |
|---|
| MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG, |
| Plaintiffs, |
| v. |
| HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC. |
| Defendants, |
| and |
| WF CREL 2020 GRANTOR TRUST, |
| Intervenor-Defendant. |

JASON I. KIRSCHNER, under penalty of perjury, declares as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel to Intervenor-Defendant WF CREL 2020 Grantor Trust, which, along with 1 Min, LLC, Hotel at Southport LLC, and Twelfth Floor, LLC, constitute the defendants in the above-captioned proceeding (the "AP Defendants"). I respectfully submit this declaration in support of AP Defendants' Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Private Placement Memorandum for Southport Hotel EB-5, LP, dated as of November 13, 2013, as amended, including all exhibits thereto.

DECLARATION OF JASON I.
KIRSCHNER IN SUPPORT OF AP
DEFENDANTS' MOTION TO DISMISS
THE COMPLAINT – Page 1

4. Attached hereto as Exhibit 3 is a true and correct copy of the *Joint Disclosure Statement for the Debtors' Joint Plan of Reorganization*, filed on September 20, 2024 in the Chapter 11 Cases [ECF No. 8].

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Proof of Claim #1, filed on November 4, 2024 in the Chapter 11 Cases.

6. Attached hereto as Exhibit 5 is a true and correct copy of the *Objection to Claims of EB-5 Plaintiffs, Notice Thereof and Certificate of Service*, filed on October 21, 2024 in the Chapter 11 Cases [Docket No. 89].

7. Attached hereto as Exhibit 6 is a true and correct copy of the *Debtors' First Amended Joint Plan of Reorganization*, filed on November 26, 2024 in the Chapter 11 Cases [Docket No. 127].

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY  　　　　　　　　　　　　　　　　　　　　　*/s/* Jason I. Kirschner
　　　　February 14, 2025  　　　　　　　　　　　　　　　　　　Jason I. Kirschner

DECLARATION OF JASON I.
KIRSCHNER IN SUPPORT OF AP
DEFENDANTS' MOTION TO DISMISS
THE COMPLAINT – Page 2