So Ordered.

Dated: April 9th, 2025

_Frederick P. Corbit_
**Frederick P. Corbit
Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>            Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 25-80007 |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG,<br><br>            Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

v.

HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC.

Defendants,

and

WF CREL 2020 GRANTOR TRUST,

Intervenor-Defendant.

**BEFORE THE COURT** is the *Motion to Dismiss the Complaint* (the "Motion to Dismiss") filed by Defendants 1 Min, LLC (the "EB-5 Debtor"), Hotel at Southport, LLC (the "Hotel Debtor"), Twelfth Floor, LLC ("the "Mezz Debtor" and together with the EB-5 Debtor and the Hotel Debtor, the "Debtor-Defendants"), and WF CREL 2020 Grantor Trust (together with the Debtor-Defendants, the "AP Defendants") [ECF No. 12]. Having considered the AP Defendants' moving papers [ECF Nos. 12-15], Plaintiffs' opposition brief [ECF No. 17], and the AP Defendants' reply brief [ECF No. 19], and having held oral argument on March 25, 2025, **IT IS HEREBY ORDERED:**

1. The Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART,** as set forth herein.

2. In determining the adequacy of the complaint on a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), the Court must "accept all factual allegations as true and view them in the light most favorable to Plaintiffs." *Glazer Capital Mgmt., L.P. v. Forescout Techs*., *Inc.*, 63 F.4th 747, 763 (9th Cir. 2023). "In addition to the factual allegations in the complaint," the Court "may consider any materials incorporated into the complaint by reference." *Id*.

ORDER GRANTING IN PART AND DENYING IN PART AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT – Page 1

3. However, the Supreme Court of the United States has emphasized that "[w]hile a complaint attacked by a Rule 12(b)(6) motion to dismiss does not need detailed factual allegations, a plaintiff's obligation to provide the grounds of his entitlement to relief requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (internal citations and quotation marks omitted). In short, "[f]actual allegations must be enough to raise a right to relief above the speculative level, on the assumption that all the allegations in the complaint are true (even if doubtful in fact)." *Id.* (citations omitted).

4. Balancing these precedents, the Court holds that, accepting all of Plaintiffs' factual allegations as true and viewing them in the light most favorable to Plaintiffs, Counts One through Six of the Complaint adequately allege claims against the EB-5 Debtor. Therefore, the Motion to Dismiss Counts One through Six against the EB-5 Debtor is **DENIED**.

5. In addition, the Court holds that, accepting all of Plaintiffs' factual allegations as true and viewing them in the light most favorable to Plaintiffs, the Complaint adequately alleges a claim that the Debtor-Defendants, Michael Christ, and Seattle Family, LP should be deemed alter egos. Therefore, the Motion to Dismiss Plaintiffs' alter ego claim is **DENIED**.

6. Nevertheless, for the reasons stated on the record during oral argument on March 25, 2025, Counts One through Six of the Complaint fail to state a claim against the Hotel Debtor or the Mezz Debtor. Therefore, the Motion to Dismiss Counts One through Six against the Hotel Debtor and Mezz Debtor is **GRANTED**, *with prejudice*.

7. Defendants shall answer the Complaint, as modified by this Order, within twenty days from the entry of this Order.

/// END OF ORDER///

ORDER GRANTING IN PART AND DENYING IN PART AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Presented by:

| | |
|---|---|
| **BUSH KORNFELD LLP**<br><br>By: */s/ James L. Day*<br>    James L. Day, WSBA #20474<br>    Christine M. Tobin-Presser #27628<br>    Jason Wax, WSBA #41944<br><br>    *Attorneys for the Debtor-Defendants*<br><br>**EISENHOWER CARLSON PLLC**<br><br>By: */s/ Darren R. Krattli*<br>    Darren R. Krattli, WSBA No. 39128<br>    909 A Street, Suite 600<br>    Tacoma, Washington 98402<br>    Telephone: (253) 572-4500<br>    Facsimile: (253) 272-5732<br>    Email: DKrattli@Eisenhowerlaw.com<br><br>-and-<br><br>**MAYER BROWN LLP**<br>Thomas S. Kiriakos (admitted *pro hac vice*)<br>Craig E. Reimer (admitted *pro hac vice*)<br>71 S. Wacker Dr.<br>Chicago, Illinois 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>Email: Tkiriakos@mayerbrown.com<br>Creimer@mayerbrown.com<br><br>-and-<br><br>Jason I. Kirschner (admitted *pro hac vice*)<br>Danielle A. Sigal (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>Email: jkirschner@mayerbrown.com<br>Dsigal@mayerbrown.com<br><br>*Attorneys for Intervenor-Defendant WF CREL 2020 Grantor Trust* | **ARETE LAW GROUP PLLC**<br><br>By: _____<br>Jeremy E. Roller, WSBA No. 32021<br>Lisa Herb, WSBA No. 23161<br>600 University Street, Suite 2420<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax: (206) 428-3251<br>jroller@aretelaw.com<br>lherb@aretelaw.com<br><br>**REID & WISE LLC**<br><br>By: _____<br>Matthew Sava (pro hac vice application<br>    forthcoming)<br>Matthew Livingston (admitted pro hac vice)<br>One Penn Plaza, Suite 2015<br>New York, NY 10119<br>Phone: (212) 858-9968<br>Fax: (516) 821-8978<br>msava@reidwise.com<br>mlivingston@reidwise.com<br><br>*Attorneys for Plaintiffs* |

ORDER GRANTING IN PART AND DENYING IN PART AP DEFENDANTS' MOTION TO DISMISS THE COMPLAINT – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104