# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 25-80007 |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG.<br><br>Plaintiffs,<br><br>v.<br><br>HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC. | **PROTECTIVE ORDER** |

ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

| | |
|---|---|
| 1 | Defendants, |
| 2 | and |
| | WF CREL 2020 GRANTOR TRUST, |
| 3 | Intervenor-Defendant. |
| 4 | |

5  **BEFORE THE COURT** is *Plaintiffs' Motion for Protective Order* (the

6  "Motion") filed by Plaintiffs in the above-captioned matter [ECF No. ___].

7  Having considered the Motion, **IT IS HEREBY ORDERED**:

8      1. The Motion is **GRANTED**.

9      2. All depositions in the above-captioned matter may be conducted

10         either via video technology in accordance with Federal Rule of Civil

11         Procedure 30(b)(4).

12      3. The aggregate number of depositions of all Plaintiffs in this matter

13         shall be limited to ten (10).

15  /// END OF ORDER///

PRESENTED BY:

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Lisa Herb, WSBA No. 23161
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com
lherb@aretelaw.com

**REID & WISE LLC**

By: */s/ Matthew Sava*
Matthew Sava (admitted *pro hac vice*)
Matthew Livingston (admitted *pro hac vice*)
Zheng Gao (admitted *pro hac vice*)
One Penn Plaza, Suite 2015
New York, NY 10119
Phone: (212) 858-9968
Fax: (516) 821-8978
msava@reidwise.com
mlivingston@reidwise.com
zgao@reidwise.com

*Attorneys for Plaintiffs*