| | |
|---|---|
| 1 | Jeremy E. Roller, WSBA No. 32021     HON. FREDERICK P. CORBIT |
| | ARETE LAW GROUP PLLC |
| 2 | 600 University Street, Suite 2420 |
| | Seattle, WA 98101 |
| 3 | Phone: (206) 428-3250 |
| | Fax: (206) 428-3251 |
| 4 | jroller@aretelaw.com |
| 5 | Matthew Sava, Esq.* |
| | Matthew J. Livingston, Esq.* |
| 6 | Zheng Gao, Esq.* |
| | Reid & Wise LLC |
| 7 | One Penn Plaza, Suite 2015 |
| | New York, NY 10119 |
| 8 | Phone: (212) 858-9982 |
| | msava@reidwise.com |
| 9 | mlivingston@reidwise.com |
| | zgao@reidwise.com |
| 10 | *Admitted Pro Hac Vice |
| 11 | Attorneys for EB-5 Plaintiffs |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| | (Jointly Administered) |
| Debtors. | |
| | Adv. Proc. No. 25-80007 |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI | **DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25-80007-FPC    Doc 31-2    Filed 04/22/25    Entered 04/22/25 11:31:23    Pg 1 of 7

| | |
|---|---|
| 1 | WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG, |

Plaintiffs,

v.

HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC.

Defendants,

and

WF CREL 2020 GRANTOR TRUST,

Intervenor-Defendant.

DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25-80007-FPC    Doc 31-2    Filed 04/22/25    Entered 04/22/25 11:31:23    Pg 2 of 7

I, Matthew J. Livingston, declare as follows:

1. I am the attorney of record for each Plaintiff in the above-captioned adversary proceeding.

2. Attached hereto are the following exhibits, which are accurate to the best of my knowledge:

    a. **Exhibit 1:** An example deposition notice for Plaintiff Dahe Zhang, which is substantively identical (other than the time of deposition) to the deposition notices sent to each Plaintiff by Defendants in the above-captioned adversary proceeding.

    b. **Exhibit 2**: A summary of all seventy (70) deposition notices sent by Defendants to Plaintiffs in the above-captioned adversary proceeding.

    c. **Exhibit 3**: A summary of the current country-of-residence of each Plaintiff in the above-captioned adversary proceeding.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: April 22, 2025.

Respectfully submitted,

Matthew J. Livingston Esq.
Reid & Wise LLP
One Penn Plaza, Suite 2015

New York, NY 10119
Phone: (212) 858-9982
mlivingston@reidwise.com

DECLARATION OF MATTHEW J. LIVINGSTON IN
SUPPPORT OF PLAINTIFFS' MOTION FOR
PROTECTIVE ORDER

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25-80007-FPC    Doc 31-2    Filed 04/22/25    Entered 04/22/25 11:31:23    Pg 4 of 7

# Exhibit 1

**DEPOSITION NOTICE OF PLAINTIFF DAHE ZHANG**

DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25-80007-FPC    Doc 31-2    Filed 04/22/25    Entered 04/22/25 11:31:23    Pg 5 of 7

# **EXHIBIT 2**

**Summary Table of Deposition Notices**

DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

25-80007-FPC    Doc 31-2    Filed 04/22/25    Entered 04/22/25 11:31:23    Pg 6 of 7

**Exhibit 3**

**Current Country of Residence Information for All Plaintiffs**

DECLARATION OF MATTHEW J. LIVINGSTON IN SUPPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98107
O: (206) 428-3250

25-80007-FPC   Doc 31-2   Filed 04/22/25   Entered 04/22/25 11:31:28   Pg 7 of 7