| | |
|---|---|
| JAMES L. DAY (WSBA #20474)<br>CHRISTINE M. TOBIN-PRESSER (WSBA #27628)<br>JASON WAX (WSBA #41944)<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>Tel (206) 292-2110<br>Emails: jday@bskd.com,<br>ctobin@bskd.com, jwax@bskd.com | HONORABLE FREDERICK P. CORBIT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>    Debtors. | Chapter 11<br><br>Lead Case No. 24-01519 |
| LAN CAI, et al.,<br><br>    Plaintiffs,<br>v.<br><br>HOTEL AT SOUTHPORT, LLC, et al.,<br><br>    Defendants,<br><br>and<br><br>WF CREL 2020 GRANTOR TRUST,<br><br>    Intervenor-Defendant. | Adv. Proc. No. 25-80007<br><br>**NOTICE OF DEPOSITION** |

TO:     DAHE ZHANG
AND TO:   Matthew Livingston, Matthew Sava, and Jeremy Roller, their Attorneys

NOTICE OF DEPOSITION – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 id07f101tp

25-80007-FPC   Doc 31-3   Filed 04/22/25   Entered 04/22/25 11:31:23   Pg 1 of 2

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the testimony of DAHE ZHANG will be taken upon Oral Examination at the instance and request of Defendants 1 Min, LLC; Hotel at Southport, LLC; Twelfth Floor, LLC; and Intervenor-Defendant WF CREL 2020 Grantor Trust, on May 12, 2025, commencing in the above-entitled action.

The deposition will be conducted at the following date, time and location:

**Deponent:** DAHE ZHANG
**Location:** Seattle, Washington (exact location TBD)
**Date:** May 12, 2025
**Time:** 9:00 a.m. Pacific Time until excused (or at another time on May 12, 2025 agreed to by Defendants, Intervenor-Defendants, and counsel for the Deponent)

This deposition will be taken by stenographic and audiovisual means before an official authorized to administer oaths. The deposition is subject to continuance or adjournment from time to time until completed, and the scope of the deposition will include but not be limited to all matters related to the deponent's claims against the Defendants and Intervenor-Defendant in the above-entitled proceedings.

DATED this 8th day of April, 2025.

BUSH KORNFELD LLP

By /s/ Jason Wax
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944
Attorneys for the Reorganized Debtors

NOTICE OF DEPOSITION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104