| Depo No. | Deponent Name | Depo Date | Depo Start Time (US Pacific Time) | Depo Location |
|---|---|---|---|---|
| 1 | Dahe Zhang | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 2 | Dongli Zhang | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 3 | Hao Qi | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 4 | He Cui | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 5 | Hongliang Tang | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 6 | Hongying Yu | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 7 | Hongyun Yu | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 8 | Hui Wang | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 9 | Huiqing Zhu | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 10 | Jialin Tian | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 11 | Jianying Ding | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 12 | Jianying Meng | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 13 | Jichun Du | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 14 | Jie Chu | 5/12/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 15 | Jie Tang | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 16 | Jie Yan | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 17 | Jieying Feng | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 18 | Jingyi Wang | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 19 | Jinyang Hu | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 20 | Juan Shao | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 21 | Jun Che | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 22 | Jundi Liang | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 23 | Junli Wei | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 24 | Junmei Jin | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 25 | Ke Yang | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 26 | Lan Cai | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 27 | Lei Pei | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 28 | Luyi Zhang | 5/13/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 29 | Min Pan | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 30 | Minbo Zhou | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 31 | Naixin Hu | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 32 | Nan Zhou | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 33 | Phuong Nguyen | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 34 | Qi Xu | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 35 | Qiang Wang | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 36 | Qin Yang | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 37 | Qing Du | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 38 | Rongrong Wu | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 39 | Rui Tang | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 40 | Shan Wan | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 41 | Shi Zhang | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 42 | Shujie Chen | 5/14/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 43 | Shuxian Zeng | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 44 | Siyu Liu | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 45 | Tao Li | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 46 | Tianran Chen | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 47 | Weihong Lu | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 48 | Weijun Chen | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 49 | Wenlung Chen | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 50 | Wenyan Wang | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 51 | Xiao Huang | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 52 | Xiao Rong | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 53 | Xiaohong Sun | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 54 | Xiaohong Zhang | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 55 | Xin Meng | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 56 | Xinhan Lin | 5/15/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 57 | Yan Lyu aka Yan Lu | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 58 | Yeqing Pan | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 59 | Xuerong Qi | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 60 | Ying Zhao | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 61 | Ziling Zeng | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 62 | Yiran Han | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 63 | Yuanyuan Ma | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 64 | Yun Cai | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 65 | Yunfei Wu | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 66 | Yupeng Gao | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 67 | Yuquan Wang | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 68 | Zhaohui Xu | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 69 | Zhaojun Cong | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |
| 70 | Zidong Wang | 5/16/2025 | 9:00 AM | Seattle, Washington (exact location TBD) |