| No. | Full Name in Chinese | Last Name | First Name | Country of Residence |
|---|---|---|---|---|
| 1 | 蔡岚 | Cai | Lan | China |
| 2 | 陈树杰 | Chen | Shujie | China |
| 3 | 陈天然 | Chen | Tianran | United States |
| 4 | 陈巍峻 | Chen | Weijun | China |
| 5 | 楚杰 | Chu | Jie | China |
| 6 | | Cong | Zhaojun | China |
| 7 | 崔赫 | Cui | He | China |
| 8 | 丁建迎 | Ding | Jianying | China |
| 9 | 杜吉春 | Du | Jichun | China |
| 10 | 杜青 | Du | Qing | United States |
| 11 | 冯洁莹 | Feng | Jieying | United States |
| 12 | 高宇鹏 | Gao | Yupeng | United States |
| 13 | | Han | Yiran | United States |
| 14 | 胡劲杨 | Hu | Jinyang | China |
| 15 | 胡乃心 | Hu | Naixin | China |
| 16 | 黄晓 | Huang | Xiao | China |
| 17 | | Jin | Junmei | United States |
| 18 | 孟欣 | Meng | Xin | China |
| 19 | | Lu | Weihong | China |
| 20 | 马媛媛 | Ma | Yuanyuan | United States |
| 21 | 潘旻 | Pan | Min | China |
| 22 | 裴蕾 | Pei | Lei | China |
| 23 | | Qi | Hao | United States |
| 24 | 荣晓 | Rong | Xiao | China |
| 25 | 邵娟 | Shao | Juan | China |
| 26 | 王辉 | Wang | Hui | China |
| 27 | 汪敬颐 | Wang | Jingyi | China |
| 28 | | Wang | Yuquan | China |
| 29 | | Wang | Zidong | United States |
| 30 | 吴蓉蓉 | Wu | Rongrong | China |
| 31 | 许朝晖 | Xu | Zhaohui | China |
| 32 | | Xu | Qi | United States |
| 33 | 晏婕 | Yan | Jie | China |
| 34 | 杨棵 | Yang | Ke | United States |
| 35 | 杨沁 | Yang | Qin | China |
| 36 | 于红云 | Yu | Hongyun | United States |
| 37 | 曾淑贤 | Zeng | Shuxian | China |
| 38 | 张晓红 | Zhang | Xiaohong | United States |
| 39 | 赵颖 | Zhao | Ying | United States |
| 40 | 周旻波 | Zhou | Minbo | United States |
| 41 | 周南 | Zhou | Nan | China |
| 42 | 朱慧卿 | Zhu | Huiqing | China |
| 43 | 曾子玲 | Zeng | Ziling | China |
| 44 | 张陆怡 | Zhang | Luyi | China |
| 45 | 梁珺迪 | Liang | Jundi | United States |
| 46 | 李涛 | Li | Tao | China |
| 47 | 蔡芸 | Cai | Yun | United States |
| 48 | 汤宏亮 | Tang | Hongliang | China |
| 49 | 汤杰 | Tang | Jie | China |
| 50 | 陈文龙 | Chen | Wenlung | China |
| 51 | 张实 | Zhang | Shi | China |
| 52 | 车军 | Che | Jun | United States |
| 53 | 张达贺 | Zhang | Dahe | United States |
| 54 | 万山 | Wan | Shan | China |
| 55 | 孙小鸿 | Sun | Xiaohong | United States |
| 56 | 吕燕 | Lyu | Yan | China |
| 57 | 王文雁 | Wang | Wenyan | Singapore |
| 58 | 田佳林 | Tian | Jialin | China |
| 59 | 汤睿 | Tang | Rui | United States |
| 60 | | Nguyen | Phuong | United States |
| 61 | 魏君丽 | Wei | Junli | China |
| 62 | 刘思雨 | Liu | Siyu | United States |
| 63 | 张东力 | Zhang | Dongli | United States |
| 64 | 王强 | Wang | Qiang | China |
| 65 | 林新汉 | Lin | Xinhan | China |
| 66 | 余宏英 | Yu | Hongying | United States |
| 67 | 蒙健莹 | Meng | Jianying | China |
| 68 | 潘叶青 | Pan | Yeqing | China |
| 69 | 吴韵斐 | Wu | Yunfei | China |
| 70 | | Qi | Xuerong | China |