JAMES L. DAY (WSBA #20474)
CHRISTINE M. TOBIN-PRESSER
(WSBA #27628)
JASON WAX (WSBA #41944)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel (206) 292-2110
Emails: jday@bskd.com,
ctobin@bskd.com, jwax@bskd.com

HON. FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| Debtors. | |
| LAN CAI, et al., | Adv. Proc. No. 25-80007 |
| Plaintiffs, | |
| v. | **NOTICE OF FILING COMPARISON VERSION OF DEFENDANTS' AMENDED ANSWER** |
| HOTEL AT SOUTHPORT, LLC, et al., | |
| Defendants, | |
| and | |
| WF CREL 2020 GRANTOR TRUST, | |
| Intervenor-Defendant. | |

PLEASE TAKE NOTICE that Defendants 1 Min, LLC, Hotel at Southport, LLC,

and Twelfth Floor, LLC (the "Defendants"), file as **Exhibit A** attached hereto a

NOTICE OF FILING COMPARISON VERSION OF
DEFENDANTS' AMENDED ANSWER – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

comparison version of the *Defendants' Amended Answer* [Docket No. 46], marked to show changes made from the previously filed *Defendants' Answer* [Docket No. 39].

DATED this 9th day of May, 2025.

**BUSH KORNFELD LLP**

By  /s/ *Jason Wax*
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944

*Attorneys for the Debtor-Defendants*

NOTICE OF FILING COMPARISON VERSION OF
DEFENDANTS' AMENDED ANSWER – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

# EXHIBIT A

JAMES L. DAY (WSBA #20474)
CHRISTINE M. TOBIN-PRESSER
(WSBA #27628)
JASON WAX (WSBA #41944)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel (206) 292-2110
Emails: jday@bskd.com,
ctobin@bskd.com, jwax@bskd.com

HON. FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| Debtors. | |
| LAN CAI, et al., | Adv. Proc. No. 25-80007 |
| Plaintiffs, | |
| v. | **DEFENDANTS' AMENDED ANSWER** |
| HOTEL AT SOUTHPORT, LLC, et al., | |
| Defendants, | |
| and | |
| WF CREL 2020 GRANTOR TRUST, | |
| Intervenor-Defendant. | |

Defendants 1 Min, LLC (the "EB-5 Debtor"), Hotel at Southport, LLC (the "Hotel Debtor"), and Twelfth Floor, LLC (the "Mezz Debtor" and, together with the EB-5 Debtor and the Hotel Debtor, the "Defendants"), by and through their

DEFENDANTS' AMENDED ANSWER – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

undersigned counsel, hereby answer and otherwise respond to Plaintiffs' Complaint ("Complaint"). Except as expressly admitted herein, Defendants deny each and every allegation contained in the Complaint.

## **NATURE OF THE ACTION**

1. Defendants deny the allegations in Paragraph 1 of the Complaint.

2. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint, and on that basis deny them.

3. Paragraph 3 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 3 of the Complaint.

4. Defendants admit that Michael Christ is the member of the general partner Southport Management LLC of Seattle Family, LP, which serves as the general partner of the Southport Hotel EB-5, LP (the "Partnership"). Defendants deny the remaining allegations in Paragraph 4 of the Complaint.

5. Defendants admit that Michael Christ is the member of Southport Management LLC and the CEO of SECO Development, Inc. which was the manager of Hotel at Southport LLC and that the EB-5 project concerns the 12-story Hyatt Regency Hotel with 347 guest rooms located in Renton, Washington. Defendants deny the remaining allegations in Paragraph 5 of the Complaint.

6. Defendants admit that the EB-5 project concerns a property located at 1053 Lake Washington Blvd Renton, WA 98056 with a Parcel ID 052305-9075-04 and

DEFENDANTS' AMENDED ANSWER – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2623 dk03l004001 .001

1    that Hotel at Southport LLC was the owner of the property. Defendants deny the

2    remaining allegations in Paragraph 6 of the Complaint.

3         7.    Defendants neither admit nor deny the allegations in paragraph 7 of the

4    Complaint because they constitute Plaintiffs' characterization of the Deed of Trust to

5    which no response is required. To the extent a response is deemed required, Defendants

6    respectfully refer the Court to the Deed of Trust for a full and accurate statement of its

7    contents and otherwise deny the allegations in Paragraph 7 of the Complaint.

8         8.    Defendants neither admit nor deny the allegations in paragraph 8 of the

9    Complaint because they constitute Plaintiffs' characterization of the Deed of Trust to

10   which no response is required. To the extent a response is deemed required, Defendants

11   respectfully refer the Court to the Deed of Trust for a full and accurate statement of its

12   contents and otherwise deny the allegations in Paragraph 8 of the Complaint.

13        9.    Defendants deny the allegations in Paragraph 9 of the Complaint.

14        10.   Defendants deny the allegations in Paragraph 10 of the Complaint.

15                                      **PARTIES**

16        11.   Defendants lack knowledge or information sufficient to form a belief

17   about the truth of the allegations in Paragraph 11 of the Complaint, and on that basis

18   deny them.

19        12.   Defendants admit that Hotel at Southport LLC is a Delaware limited

20   liability company. It is the successor-in-interest to Hotel at Southport LLC, a

21   Washington limited liability company. It was the owner of the Land. Defendants deny

22   the remaining allegations in Paragraph 12 of the Complaint.

23

DEFENDANTS' AMENDED ANSWER – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    13.    Defendant Twelfth Floor, LLC is a Delaware limited liability company. It

2    100% owns Hotel at Southport LLC, and it is 100% owned by 1 Min, LLC. Defendants

3    deny the remaining allegations in Paragraph 13 of the Complaint.

4    14.    Defendant 1 Min, LLC is a Washington limited liability company. It owns

5    100% of Twelfth Floor, LLC, and it is 100% owned by Michael Christ. Defendants

6    deny the remaining allegations in Paragraph 14 of the Complaint.

7    **JURISDICTION AND VENUE**

8    15.    Paragraph 15 of the Complaint contains a legal conclusion to which no

9    answer is required. To the extent an answer is required, Defendants admit the

10   allegations in Paragraph 15 of the Complaint.

11   16.    Paragraph 16 of the Complaint contains a legal conclusion to which no

12   answer is required. To the extent an answer is required, Defendants admit the

13   allegations in Paragraph 16 of the Complaint.

14   **FACTUAL ALLEGATIONS**

15   **I.    The Chapter 11 Cases**

16   17.    Defendants admit the allegations in Paragraph 17 of the Complaint.

17   18.    Defendants admit the allegations in Paragraph 18 of the Complaint.

18   19.    Defendants lack knowledge or information sufficient to form a belief

19   about the truth of the allegations in Paragraph 19 of the Complaint, and on that basis

20   deny them.

21   20.    Defendants admit that they filed an objection to the Plaintiffs' Proof of

22   Claim, and that such objection speaks for itself, and deny the remaining allegations in

23   Paragraph 20 of the Complaint.

DEFENDANTS' AMENDED ANSWER – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1        21.    Defendants admit that the Plaintiffs filed a limited objection to the Plan,

but lack knowledge or information sufficient to form a belief about the truth of the

remaining allegations in Paragraph 21 of the Complaint, and on that basis deny them.

        22.    Defendants admit that a Plan was confirmed on or about November 27,

2024, and that such Plan speaks for itself. Defendants deny any remaining allegations

in Paragraph 22 of the Complaint.

        23.    Defendants admit that the Plaintiffs agreed with Defendants and

Intervenor-Defendant to resolve Plaintiffs' claims via this adversary proceeding.

Defendants lack knowledge or information sufficient to form a belief about the truth of

the remaining allegations in Paragraph 23 of the Complaint, and on that basis deny

them.

## II.    The EB-5 Program

        24.    Paragraph 24 of the Complaint contains a legal conclusion to which no

answer is required. To the extent an answer is required, Defendants deny the allegations

in Paragraph 24 of the Complaint.

        25.    Paragraph 25 of the Complaint contains a legal conclusion to which no

answer is required. To the extent an answer is required, Defendants deny the allegations

in Paragraph 25 of the Complaint.

        26.    Defendants lack knowledge or information sufficient to form a belief

about the truth of the remaining allegations in Paragraph 26 of the Complaint, and on

that basis deny them.

DEFENDANTS' AMENDED ANSWER – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-80007-FPC    Doc 47    Filed 05/09/25    Entered 05/09/25 11:44:39    Pg 8 of 29

27.     Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 27 of the Complaint, and on that basis deny them.

28.     Paragraph 28 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 28 of the Complaint.

29.     Paragraph 29 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 29 of the Complaint.

### III.     Plaintiffs' Investment in the Project

30.     Paragraph 30 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 30 of the Complaint.

31.     Paragraph 31 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 31 of the Complaint.

32.     Defendants admit that certain third parties who are not defendants in this adversary proceeding solicited investments for hotel construction, but otherwise deny the remaining allegations in Paragraph 32 of the Complaint.

33.     Defendants deny the allegations in Paragraph 33 of the Complaint.

34.     Defendants neither admit nor deny the allegations in Paragraph 34 of the Complaint because they constitute Plaintiffs' characterization of the Offering Documents to which no response is required. To the extent a response is deemed

DEFENDANTS' AMENDED ANSWER – Page 6

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  required, Defendants respectfully refer the Court to the Offering Documents for a full

2  and accurate statement of their contents, and otherwise deny the allegations in

3  Paragraph 34 of the Complaint.

4      35.    Defendants neither admit nor deny the allegations in Paragraph 35 of the

5  Complaint because they constitute Plaintiffs' characterization of the Offering

6  Documents to which no response is required. To the extent a response is deemed

7  required, Defendants respectfully refer the Court to the Offering Documents for a full

8  and accurate statement of their contents, and otherwise deny the allegations in

9  Paragraph 35 of the Complaint.

10      36.    Defendants lack knowledge or information sufficient to form a belief

11  about the truth of the allegations in Paragraph 36 of the Complaint regarding the

12  provision of the Offering Documents to Plaintiffs, and on that basis deny those

13  allegations. Paragraph 36 of the Complaint also contains a legal conclusion to which no

14  answer is required. To the extent an answer is required, Defendants deny the remaining

15  allegations in Paragraph 36 of the Complaint.

16      37.    Paragraph 37 of the Complaint contains a legal conclusion to which no

17  answer is required. To the extent an answer is required, Defendants deny the allegations

18  in Paragraph 37 of the Complaint.

19      38.    Defendants deny the allegations in Paragraph 38 of the Complaint as an

20  incomplete and inaccurate statement of the facts.

21      39.    Defendants neither admit nor deny the allegations in Paragraph 39 of the

22  Complaint because they constitute Plaintiffs' characterization of the Offering

23  Documents to which no response is required. To the extent a response is deemed

DEFENDANTS' AMENDED ANSWER – Page 7

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

26313.004 001 .001

1 | required, Defendants respectfully refer the Court to the Offering Documents for a full
2 | and accurate statement of their contents, and otherwise deny the allegations in
3 | Paragraph 39 of the Complaint.

4 |     40.    Defendants neither admit nor deny the allegations in Paragraph 40 of the
5 | Complaint because they constitute Plaintiffs' characterization of the Offering
6 | Documents to which no response is required. To the extent a response is deemed
7 | required, Defendants respectfully refer the Court to the Offering Documents for a full
8 | and accurate statement of their contents, and otherwise deny the allegations in
9 | Paragraph 40 of the Complaint.

10 |     41.    Defendants lack knowledge or information sufficient to form a belief
11 | about the truth of the remaining allegations in Paragraph 41 of the Complaint, and on
12 | that basis deny them.

13 |     42.    Defendants neither admit nor deny the allegations in Paragraph 42 of the
14 | Complaint because they constitute Plaintiffs' characterization of the Offering
15 | Documents to which no response is required. To the extent a response is deemed
16 | required, Defendants respectfully refer the Court to the Offering Documents for a full
17 | and accurate statement of their contents, and otherwise deny the allegations in
18 | Paragraph 42 of the Complaint.

19 |     43.    Defendants deny the allegations in Paragraph 43 of the Complaint as an
20 | incomplete and inaccurate statement of the facts.

21 |     44.    Defendants deny the allegations in Paragraph 44 of the Complaint as an
22 | incomplete and inaccurate statement of the facts.

23 | **IV.   Books and Records Demand**

DEFENDANTS' AMENDED ANSWER – Page 8

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

45. Defendants neither admit nor deny the allegations in Paragraph 45 of the Complaint because they constitute Plaintiffs' characterization of the Status Report to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the Status Report for a full and accurate statement of its contents and otherwise deny the allegations in Paragraph 45 of the Complaint.

46. Defendants neither admit nor deny the allegations in Paragraph 46 of the Complaint because they constitute Plaintiffs' characterization of the Status Report to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the Status Report for a full and accurate statement of its contents and otherwise deny the allegations in Paragraph 46 of the Complaint.

47. Defendants neither admit nor deny the allegations in Paragraph 47 of the Complaint because they constitute Plaintiffs' characterization of the Status Report to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the Status Report for a full and accurate statement of its contents and otherwise deny the allegations in Paragraph 47 of the Complaint.

48. Defendants neither admit nor deny the allegations in Paragraph 48 of the Complaint because they constitute Plaintiffs' characterization of the Status Report to which no response is required. To the extent a response is deemed required, Defendants respectfully refer the Court to the Status Report for a full and accurate statement of its contents and otherwise deny the allegations in Paragraph 48 of the Complaint.

49. Defendants neither admit nor deny the allegations in Paragraph 49 of the Complaint because they constitute Plaintiffs' characterization of the Status Report to which no response is required. To the extent a response is deemed required, Defendants

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  respectfully refer the Court to the Status Report for a full and accurate statement of its

2  contents and otherwise deny the allegations in Paragraph 49 of the Complaint.

3      50.     Defendants lack knowledge or information sufficient to form a belief

4  about the truth of the allegations in Paragraph 50 of the Complaint, and on that basis

5  deny them.

6      51.     Defendants deny the allegations in Paragraph 51 of the Complaint.

7      52.     Defendants deny the allegations in Paragraph 52 of the Complaint.

8      53.     Defendants deny the allegations in Paragraph 53 of the Complaint.

9      54.     Defendants deny the allegations in Paragraph 54 of the Complaint.

10     55.     Defendants deny the allegations in Paragraph 55 of the Complaint.

11     56.     Defendants deny the allegations in Paragraph 56 of the Complaint.

12     57.     Defendants deny the allegations in Paragraph 57 of the Complaint.

13     58.     Defendants deny the allegations in Paragraph 58 of the Complaint as an

14  incomplete and inaccurate statement of the facts.

15     59.     Defendants neither admit nor deny the allegations in Paragraph 58 of the

16  Complaint because they constitute Plaintiffs' characterization of the First Amendment

17  to PPM to which no response is required. To the extent a response is deemed required,

18  Defendants respectfully refer the Court to the First Amendment to PPM for a full and

19  accurate statement of its contents and otherwise deny the allegations in Paragraph 59 of

20  the Complaint.

21     60.     Defendants neither admit nor deny the allegations in Paragraph 60 of the

22  Complaint because they constitute Plaintiffs' characterization of the Hyatt's Franchise

23  Disclosure Documents to which no response is required. To the extent a response is

DEFENDANTS' AMENDED ANSWER – Page 10

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1   deemed required, Defendants respectfully refer the Court to the Hyatt's Franchise

2   Disclosure Documents for a full and accurate statement of its contents and otherwise

3   deny the allegations in Paragraph 60 of the Complaint.

4       61.     Defendants deny the allegations in Paragraph 61 of the Complaint.

5       62.     Defendants deny the allegations in Paragraph 62 of the Complaint.

6       63.     Defendants deny the allegations in Paragraph 63 of the Complaint as an

7   incomplete and inaccurate statement of the facts.

8       64.     Defendants neither admit nor deny the allegations in Paragraph 64 of the

9   Complaint because they constitute Plaintiffs' characterization of the Hotel Cost

10  Breakdown to which no response is required. To the extent a response is deemed

11  required, Defendants respectfully refer the Court to the Hotel Cost Breakdown for a full

12  and accurate statement of its contents and otherwise deny the allegations in Paragraph

13  64 of the Complaint.

14      65.     Defendants deny the allegations in Paragraph 65 of the Complaint.

15      66.     Defendants deny the allegations in Paragraph 66 of the Complaint.

16      67.     Defendants deny the allegations in Paragraph 67 of the Complaint.

17      68.     Defendants deny the allegations in Paragraph 68 of the Complaint.

18      69.     Defendants deny the allegations in Paragraph 69 of the Complaint.

19      70.     Defendants deny the allegations in Paragraph 70 of the Complaint.

20      71.     Defendants neither admit nor deny the allegations in Paragraph 71 of the

21  Complaint because they constitute Plaintiffs' characterization of the Partnership

22  Agreement to which no response is required. To the extent a response is deemed

23  required, Defendants respectfully refer the Court to the Partnership Agreement for a

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1  full and accurate statement of its contents of its contents and otherwise deny the

2  allegations in Paragraph 71 of the Complaint.

3       72.    Defendants deny the allegations in Paragraph 72 of the Complaint.

4       73.    Defendants deny the allegations in Paragraph 73 of the Complaint.

5       74.    Defendants admit that Plaintiffs have not received any money from

6  Defendants. Defendants deny the remaining allegations in Paragraph 74 of the

7  Complaint.

8       75.    Defendants deny the allegations in Paragraph 75 of the Complaint.

9       76.    Defendants deny the allegations in Paragraph 76 of the Complaint.

10 **V.    Alter Ego of Defendants**

11      77.    Paragraph 77 of the Complaint contains a legal conclusion to which no

12 answer is required. To the extent an answer is required, Defendants deny the allegations

13 in Paragraph 77 of the Complaint.

14      78.    Paragraph 78 of the Complaint contains a legal conclusion to which no

15 answer is required. To the extent an answer is required, Defendants deny the allegations

16 in Paragraph 78 of the Complaint.

17      79.    Paragraph 79 of the Complaint contains a legal conclusion to which no

18 answer is required. To the extent an answer is required, Defendants deny the allegations

19 in Paragraph 79 of the Complaint.

20      80.    Paragraph 80 of the Complaint contains a legal conclusion to which no

21 answer is required. To the extent an answer is required, Defendants deny the allegations

22 in Paragraph 80 of the Complaint.

23

DEFENDANTS' AMENDED ANSWER – Page 12

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

26313 dk03j601001    .001

81.     Paragraph 81 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 81 of the Complaint.

82.     Defendants deny the allegations in Paragraph 82 of the Complaint.

83.     Paragraph 83 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 83 of the Complaint.

## COUNT I
## DIRECT CLAIM FOR FRAUD
### (Against All Defendants)

84.     With respect to Paragraph 84 of the Complaint, Defendants repeat and reallege their responses to Paragraphs 1 through 83 as if fully set forth herein.

85.     Paragraph 85 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 85 of the Complaint.

86.     Paragraph 86 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 86 of the Complaint.

87.     Paragraph 87 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 87 of the Complaint.

88.     Paragraph 88 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 88 of the Complaint.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

89. Paragraph 89 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 89 of the Complaint.

90. Paragraph 90 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 90 of the Complaint.

91. Paragraph 91 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 91 of the Complaint.

92. Paragraph 92 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 92 of the Complaint.

93. Paragraph 93 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 93 of the Complaint.

94. Paragraph 94 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 94 of the Complaint.

95. Paragraph 95 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 95 of the Complaint.

## COUNT II
## DIRECT CLAIM FOR BREACH OF FIDUCIARY DUTY
### (Against All Defendants)

DEFENDANTS' AMENDED ANSWER – Page 14

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1   96.     With respect to Paragraph 96 of the Complaint, Defendants repeat and

2   reallege their responses to Paragraphs 1 through 95 as if fully set forth herein.

3   97.     Paragraph 97 of the Complaint contains a legal conclusion to which no

4   answer is required. To the extent an answer is required, Defendants deny the allegations

5   in Paragraph 97 of the Complaint.

6   98.     Paragraph 98 of the Complaint contains a legal conclusion to which no

7   answer is required. To the extent an answer is required, Defendants deny the allegations

8   in Paragraph 98 of the Complaint.

9   99.     Paragraph 99 of the Complaint contains a legal conclusion to which no

10  answer is required. To the extent an answer is required, Defendants deny the allegations

11  in Paragraph 99 of the Complaint.

12  100.    Paragraph 100 of the Complaint contains a legal conclusion to which no

13  answer is required. To the extent an answer is required, Defendants deny the allegations

14  in Paragraph 100 of the Complaint.

15  101.    Paragraph 101 of the Complaint contains a legal conclusion to which no

16  answer is required. To the extent an answer is required, Defendants deny the allegations

17  in Paragraph 101 of the Complaint.

18  102.    Paragraph 102 of the Complaint contains a legal conclusion to which no

19  answer is required. To the extent an answer is required, Defendants deny the allegations

20  in Paragraph 102 of the Complaint.

21  103.    Paragraph 103 of the Complaint contains a legal conclusion to which no

22  answer is required. To the extent an answer is required, Defendants deny the allegations

23  in Paragraph 103 of the Complaint.

DEFENDANTS' AMENDED ANSWER – Page 15

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    104.   Paragraph 104 of the Complaint contains a legal conclusion to which no

2    answer is required. To the extent an answer is required, Defendants deny the allegations

3    in Paragraph 104 of the Complaint.

4    105.   Paragraph 105 of the Complaint contains a legal conclusion to which no

5    answer is required. To the extent an answer is required, Defendants deny the allegations

6    in Paragraph 105 of the Complaint.

7    106.   Paragraph 106 of the Complaint contains a legal conclusion to which no

8    answer is required. To the extent an answer is required, Defendants deny the allegations

9    in Paragraph 106 of the Complaint.

10   107.   Paragraph 107 of the Complaint contains a legal conclusion to which no

11   answer is required. To the extent an answer is required, Defendants deny the allegations

12   in Paragraph 107 of the Complaint.

13   108.   Paragraph 108 of the Complaint contains a legal conclusion to which no

14   answer is required. To the extent an answer is required, Defendants deny the allegations

15   in Paragraph 108 of the Complaint.

16   109.   Paragraph 109 of the Complaint contains a legal conclusion to which no

17   answer is required. To the extent an answer is required, Defendants deny the allegations

18   in Paragraph 109 of the Complaint.

19   110.   Paragraph 110 of the Complaint contains a legal conclusion to which no

20   answer is required. To the extent an answer is required, Defendants deny the allegations

21   in Paragraph 110 of the Complaint.

22   **COUNT III**
     **DIRECT CLAIM FOR**
23   **AIDING AND ABETTING BREACH OF FIDUCIARY DUTY**

DEFENDANTS' AMENDED ANSWER – Page 16

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**(Against All Defendants)**

111.   With respect to Paragraph 111 of the Complaint, Defendants repeat and reallege their responses to Paragraphs 1 through 110 as if fully set forth herein.

112.   Paragraph 112 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 112 of the Complaint.

113.   Paragraph 113 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 113 of the Complaint.

114.   Paragraph 114 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 114 of the Complaint.

115.   Paragraph 115 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 115 of the Complaint.

116.   Paragraph 116 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 116 of the Complaint.

**COUNT IV**
**DIRECT CLAIM FOR SECURITIES FRAUD**
**(Against All Defendants)**

117.   With respect to Paragraph 117 of the Complaint, Defendants repeat and reallege their responses to Paragraphs 1 through 116 as if fully set forth herein.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1    118.   Paragraph 118 of the Complaint contains a legal conclusion to which no

2  answer is required. To the extent an answer is required, Defendants deny the allegations

3  in Paragraph 118 of the Complaint.

4    119.   Paragraph 119 of the Complaint contains a legal conclusion to which no

5  answer is required. To the extent an answer is required, Defendants deny the allegations

6  in Paragraph 119 of the Complaint.

7    120.   Paragraph 120 of the Complaint contains a legal conclusion to which no

8  answer is required. To the extent an answer is required, Defendants deny the allegations

9  in Paragraph 120 of the Complaint.

10    121.   Paragraph 121 of the Complaint contains a legal conclusion to which no

11  answer is required. To the extent an answer is required, Defendants deny the allegations

12  in Paragraph 121 of the Complaint.

13    122.   Paragraph 122 of the Complaint contains a legal conclusion to which no

14  answer is required. To the extent an answer is required, Defendants deny the allegations

15  in Paragraph 122 of the Complaint.

16    123.   Paragraph 123 of the Complaint contains a legal conclusion to which no

17  answer is required. To the extent an answer is required, Defendants deny the allegations

18  in Paragraph 123 of the Complaint.

19    124.   Paragraph 124 of the Complaint contains a legal conclusion to which no

20  answer is required. To the extent an answer is required, Defendants deny the allegations

21  in Paragraph 124 of the Complaint.

22

23

DEFENDANTS' AMENDED ANSWER – Page 18

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2613 dk03j601001       .001

25-80007-FPC    Doc 47    Filed 05/09/25    Entered 05/09/25 11:44:39    Pg 21 of 29

1     125.   Paragraph 125 of the Complaint contains a legal conclusion to which no

2    answer is required. To the extent an answer is required, Defendants deny the allegations

3    in Paragraph 125 of the Complaint.

4     126.   Paragraph 126 of the Complaint contains a legal conclusion to which no

5    answer is required. To the extent an answer is required, Defendants deny the allegations

6    in Paragraph 126 of the Complaint.

7     127.   Paragraph 127 of the Complaint contains a legal conclusion to which no

8    answer is required. To the extent an answer is required, Defendants deny the allegations

9    in Paragraph 127 of the Complaint.

10    128.   Paragraph 128 of the Complaint contains a legal conclusion to which no

11    answer is required. To the extent an answer is required, Defendants deny the allegations

12    in Paragraph 128 of the Complaint.

13    129.   Paragraph 129 of the Complaint contains a legal conclusion to which no

14    answer is required. To the extent an answer is required, Defendants deny the allegations

15    in Paragraph 129 of the Complaint.

**COUNT VI**
**DIRECT CLAIM FOR CIVIL CONSPIRACY**
**(Against All Defendants)**

18    130.   With respect to Paragraph 130 of the Complaint, Defendants repeat and

19    reallege their responses to Paragraphs 1 through 129 as if fully set forth herein.

20    131.   Paragraph 131 of the Complaint contains a legal conclusion to which no

21    answer is required. To the extent an answer is required, Defendants deny the allegations

22    in Paragraph 131 of the Complaint.

23

DEFENDANTS' AMENDED ANSWER – Page 19

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

132.   Paragraph 132 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 132 of the Complaint.

133.   Paragraph 133 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 133 of the Complaint.

**COUNT VII**
**VIOLATION OF RCW 19.86.020**
**(Against All Defendants)**

134.   Paragraph 134 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 134 of the Complaint.

135.   Paragraph 135 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 135 of the Complaint.

136.   Paragraph 136 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 136 of the Complaint.

137.   Paragraph 137 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 137 of the Complaint.

138.   Paragraph 138 of the Complaint contains a legal conclusion to which no answer is required. To the extent an answer is required, Defendants deny the allegations in Paragraph 138 of the Complaint.

DEFENDANTS' AMENDED ANSWER – Page 20

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1      139.   Paragraph 139 of the Complaint contains a legal conclusion to which no

2  answer is required. To the extent an answer is required, Defendants deny the allegations

3  in Paragraph 139 of the Complaint.

4      140.   Paragraph 140 of the Complaint contains a legal conclusion to which no

5  answer is required. To the extent an answer is required, Defendants deny the allegations

6  in Paragraph 140 of the Complaint.

7      141.   Paragraph 141 of the Complaint contains a legal conclusion to which no

8  answer is required. To the extent an answer is required, Defendants deny the allegations

9  in Paragraph 141 of the Complaint.

10     142.   Paragraph 142 of the Complaint contains a legal conclusion to which no

11  answer is required. To the extent an answer is required, Defendants deny the allegations

12  in Paragraph 142 of the Complaint.

13     143.   Paragraph 143 of the Complaint contains a legal conclusion to which no

14  answer is required. To the extent an answer is required, Defendants deny the allegations

15  in Paragraph 143 of the Complaint.

16     144.   Paragraph 144 of the Complaint contains a legal conclusion to which no

17  answer is required. To the extent an answer is required, Defendants deny the allegations

18  in Paragraph 144 of the Complaint.

19     145.   Paragraph 145 of the Complaint contains a legal conclusion to which no

20  answer is required. To the extent an answer is required, Defendants deny the allegations

21  in Paragraph 145 of the Complaint.

22

23

DEFENDANTS' AMENDED ANSWER – Page 21

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2613 dk03j601001        .001

1    146.    Paragraph 146 of the Complaint contains a legal conclusion to which no

2    answer is required. To the extent an answer is required, Defendants deny the allegations

3    in Paragraph 146 of the Complaint.

4    ### PRAYER FOR RELIEF

5    Plaintiffs' Prayer for Relief is not an allegation and does not require an answer.

6    To the extent an answer is required, Defendants deny that Plaintiffs are entitled to the

7    requested relief.

8    ### AFFIRMATIVE DEFENSES

9    1.    The Complaint fails to state a claim upon which relief can be granted.

10    2.    Plaintiffs' claims are barred, in whole or in part, by the terms of the

11    Offering Documents and related documents.

12    3.    Plaintiffs' claims are barred, in whole or in part, by the defense of

13    economic or business justification.

14    4.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute

15    of limitations and/or the doctrines of waiver, estoppel, and/or laches.

16    5.    Plaintiffs' claims are barred, in whole or in part, because any alleged

17    damages that Plaintiffs claim to have suffered were caused by a third party.

18    6.    Any damage, loss, or liability sustained by Plaintiffs must be reduced,

19    diminished, and/or eliminated in proportion to the wrongful or negligent conduct of

20    entities or individuals other than Defendants, including under principles of equitable

21    allocation, recoupment, set-off, contribution, proportionate responsibility, and

22    comparative fault.

23

DEFENDANTS' AMENDED ANSWER – Page 22

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1      7.     Plaintiffs' claims are barred because their alleged damages, if any, are too

2  speculative or remote, and because of the impossibility of the proof and allocation of

3  these alleged damages.

4      8.     Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to

5  mitigate their damages, if any.

6      9.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean

7  hands.

8      10.    Plaintiffs' claims are barred, in whole or in part, because Defendants are

9  not the proximate or legal cause of Plaintiffs' alleged damages.

10     11.    Plaintiffs' claims are barred, in whole or in part, because Defendants did

11  not breach any legal obligation or duty alleged in the Complaint.

12     12.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs

13  assumed the risk of loss.

14     13.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack

15  standing and/or privity.

16     14.    Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed

17  to exercise applicable rights they may have had under the Offering Documents and

18  related documents.

19     15.    Defendants reserve and assert all affirmative defenses available under any

20  applicable federal or state law or equity, and reserve the right to assert other defenses,

21  cross-claims, and third-party claims if and when they become appropriate in this action.

22     16.    Plaintiffs' claims are barred by each of the affirmative defenses referenced

23  above and should be dismissed for the reasons set out in the AP Defendants'

DEFENDANTS' AMENDED ANSWER – Page 23

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Memorandum of Law in Support of their Motion to Dismiss the Complaint [ECF No. 14].

But even assuming *arguendo* that all of Plaintiffs' allegations against the Debtor-Defendants were true, Plaintiffs' claims would be required to be subordinated to all creditors' claims, including the claims of WF Trust, pursuant to Section 510(b) of the Bankruptcy Code, 11 U.S.C. § 510(b) ("Section 510(b)"), which provides that "a claim arising from rescission of a purchase or sale of a security of the debtor or of an affiliate of the debtor, for damages arising from the purchase or sale of such a security, or for reimbursement or contribution allowed under section 502 on account of such a claim, shall be subordinated to all claims or interests that are senior to or equal the claim or interest represented by such security."

Specifically, pursuant to an offering that closed in 2016 (the "Offering"), Plaintiffs allegedly purchased limited partnership units in Southport Hotel EB-5 LP (the "Partnership"), as a means of facilitating their immigration into the United States. In turn, the Partnership extended a loan to Hotel at Southport, a Washington LLC, for the development and construction of the Hyatt Regency Lake Washington (the "Project").

Plaintiffs allege that the Debtor-Defendants should be held liable for fraud and other torts in connection with the Offering because they are purported "alter egos" of (a) Michael Christ, the developer of the Project, and (b) the General Partner of the Partnership, Seattle Family, LP (Compl. ¶ 77, 83).

In addition to alleging that the Debtor-Defendants and the General Partner (and by extension, the Partnership) are "alter egos," Plaintiffs allege that the Debtor-Defendants should be deemed to be sellers of the limited partnership units that

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2613 dk03 601001    .001

Plaintiffs allegedly purchased.[1] Specifically, Plaintiffs allege, *inter alia*, that (a) "[t]he equity interests in the Partnership sold to Plaintiffs are securities" (id. ¶ 119), (b) "Defendants, by using the General Partner as their conduit, provided Plaintiffs . . . with Offering Documents [related to the Offering]" (id. ¶ 120), and (c) the Debtor-Defendants "are sellers and solicitors of securities . . . and played a substantial role in persuading Plaintiffs to buy the security [i.e., the limited partnership units in the Partnership] and successfully solicited the purchase to serve their own financial interests" (id. ¶ 126).

Accordingly, based on Plaintiffs' own allegations, their claims are subject to Section 510(b) because they seek "damages arising from the purchase or sale of" "a security of the debtor or of an affiliate of the debtor." Section 510(b). As such, Plaintiffs' claims "shall be subordinated to all claims or interests that are senior to or equal the claim or interest represented by such security," including, but not limited to, the claims of WF Trust.

## RESERVATION OF RIGHTS

Defendants reserve the right to assert all arguments and defenses lawfully available to them, including but not limited to those defenses asserted herein and all defenses asserted by any other Defendant in this action. Defendants also reserve the right to add defenses and affirmative defenses, to add counterclaims and third-party defendants, and to argue legal theories in addition to or in lieu of those specifically

---

[1] An "interest of a limited partner in a limited partnership" is expressly deemed a "security" for purposes of Section 510(b). Bankruptcy Code § 101(49)(xiii).

DEFENDANTS' AMENDED ANSWER – Page 25

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

identified herein, as the facts in the matter may warrant, including without limitation additional or further facts hereafter disclosed through discovery.

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered the Complaint, and having asserted affirmative defenses, Defendants pray for relief as follows:

A.    for an order and judgment dismissing with prejudice all claims and allegations asserted in the Complaint against all Defendants;

B.    for an award to Defendants, and against Plaintiffs, of attorneys' fees and costs of suit, as allowed by any contractual, equitable, legal, or statutory basis; and

C.    for all such other and further relief to Defendants as the Court deems just and equitable.

DATED this 9~~25~~th day of May~~April~~, 2025.

**BUSH KORNFELD LLP**

By    _____/s/ Jason Wax_____
        James L. Day, WSBA #20474
        Christine M. Tobin-Presser #27628
        Jason Wax, WSBA #41944

*Attorneys for the Debtor-Defendants*

DEFENDANTS' AMENDED ANSWER – Page 26

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104