**So Ordered.**

**Dated: May 21st, 2025**



**Frederick P. Corbit
Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>                  Debtors. | Case No. 24-01519-FPC11<br>(Jointly Administered) |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, | Adv. No. 25-80007-FPC<br><br>**ORDER RE PRE-TRIAL MEMORANDA AND SETTING TRIAL DATES** |

ORDER RE PRETRIAL MEMORANDA AND SETTING TRIAL DATE - 1

JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG,

Plaintiffs,

v.

HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC,

Defendants, and

WF CREL 2020 GRANTOR TRUST,

Intervenor-Defendant.

THIS MATTER came before the Court on the Plaintiff's Motion for a Protective Order (ECF No. 31) related to discovery disputes. On May 16, 2025, the Court held a hearing to address the discovery issues and to discuss procedures related to pretrial memoranda and the trial schedule. Attending the hearing were Matthew J. Livingston and Jeremy Roller, attorneys for plaintiff-EB-5; Thomas Kiriakos and Jason Kirschner, attorneys for Defendant WF CREL 2020 Grantor Trust; and James L. Day and Jason Wax, attorneys for Defendant 1 Min.

ORDER RE PRETRIAL MEMORANDA AND SETTING TRIAL DATE - 2

At the hearing, the Court made several oral rulings related to the discovery issues. The Court enters this written order to clarify the requirements related to pre-trial memoranda and the trial procedure:

1. The parties will file before the close of business on **Friday, June 6, 2025,** a pleading that contains:

    a. a brief description of all legal and factual issues the Court must decide to resolve the adversary action;

    b. numbered list of all agreed facts;

    c. numbered list of all disputed facts;

    d. a list with a brief summary of each anticipated motion in limine including requests to exclude evidence, witnesses and/or arguments;

    e. a list of all anticipated exhibits with proposed exhibit numbers and with notations next to exhibits opposing counsel has/will stipulate to admission;

    f. a list of witnesses in the order expected to be called along with:

        i. identification of each witness counsel will request to be presented remotely instead of in person;

        ii. for each witness counsel plans to request court permission to present remotely, the reasons why in person testimony would pose an extraordinary hardship for that witness;

g. identification and contact information of interpreter(s) hired by the parties;

h. brief description of any lingering discovery issues; and

i. agenda of issues counsel plans to present for the Court's consideration on June 11, 2025.

2. The first day of trial is set for **Wednesday, June 11, 2025, beginning at 10:00 a.m.** PST. The first day will be conducted via Zoom at Zoomgov.com or call 669-254-5252, Meeting ID: 160 692 2376.

3. On June 11, 2025, the Court will consider motions in limine and the parties will present opening statements.

4. Witness testimony shall commence on Monday, June 23, 2025, at 10 a.m. PST in the Bankruptcy Historic Courtroom, third floor of 904 West Riverside Avenue, in Spokane, Washington.

/// END OF ORDER ///