James L. Day, WSBA #20474
Christine M. Tobin-Presser, WSBA #27628
Jason Wax, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: **jday@bskd.com**;
**ctobin@bskd.com**; **jwax@bskd.com**

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered) |
| LAN CAI, SHUJIE CHEN, TIANRAN CHEN, WEIJUN CHEN, JIE CHU, ZHAOJUN CONG, HE CUI, JIANYING DING, JICHUN DU, QING DU, JIEYING FENG, YUPENG GAO, YIRAN HAN, JINYANG HU, NAIXIN HU, XIAO HUANG, JUNMEI JIN, XIN MENG, WEIHONG LU, YUANYUAN MA, MIN PAN, LEI PEI, HAO QI, XIAO RONG, JUAN SHAO, HUI WANG, JINGYI WANG, YUQUAN WANG, ZIDONG WANG, RONGRONG WU, ZHAOHUI XU, QI XU, JIE YAN, KE YANG, QIN YANG, HONGYUN YU, | Adv. Proc. No. 25-80007<br><br>**NOTICE OF AP DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

NOTICE OF AP DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| | |
|---|---|
| 1 | SHUXIAN ZENG, XIAOHONG ZHANG, YING ZHAO, MINBO ZHOU, NAN ZHOU, HUIQING ZHU, ZILING ZENG, LUYI ZHANG, JUNDI LIANG, TAO LI, YUN CAI, HONGLIANG TANG, JIE TANG, WENLUNG CHEN, SHI ZHANG, JUN CHE, DAHE ZHANG, SHAN WAN, XIAOHONG SUN, YAN LYU A/K/A YAN LU, WENYAN WANG, JIALIN TIAN, RUI TANG, XINHAN LIN, SIYU LIU, JIANYING MENG, PHUONG NGUYEN, YEQING PAN, XUERONG QI, QIANG WANG, JUNLI WEI, YUNFEI WU, HONGYING YU, DONGLI ZHANG, |
| | Plaintiffs, |
| | v. |
| | HOTEL AT SOUTHPORT, LLC, TWELFTH FLOOR, LLC, 1 MIN, LLC. |
| | Defendants, |
| | and |
| | WF CREL 2020 GRANTOR TRUST, |
| | Intervenor-Defendant. |

TO: MATTHEW J. LIVINGSTON, of REID & WISE LLC, counsel for Plaintiffs
AND TO: JEREMY E. ROLLER, of ARETE LAW GROUP PLLC, counsel for Plaintiffs
AND TO: CLERK OF THE COURT
AND TO: U.S. TRUSTEE'S OFFICE
AND TO: PARTIES IN INTEREST
AND TO: ALL PARTIES REQUESTING SPECIAL NOTICE

NOTICE OF AP DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of AP Defendants' Motion for Partial Judgment on the Pleadings (the "Motion"), and all prior proceedings and papers submitted in this action, Defendants 1 Min, LLC, Hotel at Southport, LLC, Twelfth Floor, LLC, and WF CREL 2020 Grantor Trust (collectively the "AP Defendants"), the AP Defendants respectfully move this Court for an order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (made appliable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure), (i) granting partial judgment on the pleadings in favor of the AP Defendants based on the mandatory subordination of Plaintiffs' claims; (ii) directing the remaining proceeds from the Sale of the Hotel first to WF CREL 2020 Grantor Trust pursuant to the Debtors' Joint Plan of Reorganization [Docket No. 9]; and (iii) granting such other and further relief as this Court may deem just and proper.

[*Remainder of Page Intentionally Left Blank*]

NOTICE OF AP DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-80007-FPC    Doc 54-1    Filed 05/30/25    Entered 05/30/25 14:05:40    Pg 3 of 4

Dated: May 30, 2025

**BUSH KORNFELD LLP**

   /s/ *James L. Day*
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944

*Counsel for the Debtors*

**EISENHOWER CARLSON PLLC**

   /s/ *Darren R. Krattli*
Darren R. Krattli, WSBA No. 39128
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile: (253) 272-5732
Email: DKrattli@Eisenhowerlaw.com

-and-

**MAYER BROWN LLP**

Thomas S. Kiriakos
Craig E. Reimer
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: TKiriakos@mayerbrown.com
CReimer@mayerbrown.com

-and-

Jason I. Kirschner
Alina Artunian
Danielle A. Sigal
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: JKirschner@mayerbrown.com
      AArtunian@mayerbrown.com
      DSigal@mayerbrown.com

*Counsel to WF CREL 2020 GRANTOR TRUST*

NOTICE OF AP DEFENDANTS'
MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-80007-FPC   Doc 54-1   Filed 05/30/25   Entered 05/30/25 14:05:40   Pg 4 of 4