# Joint Exhibit Index

| EXHIBIT NUMBER | DESCRIPTION | OFFERED | ADMITTED | WITHDRAWN | REJECTED | DATE | TIME |
|---|---|---|---|---|---|---|---|
| 1 | Private Placement Memorandum for Southport Hotel EB-5, LP, a Washington Limited Partnership, and all amendments and exhibits attached thereto | | Yes | | | | |
| 2 | Lan Cai Subscription Agreement | | Yes | | | | |
| 3 | Shujie Chen Subscription Agreement | | Yes | | | | |
| 4 | Tianran Chen Subscription Agreement | | Yes | | | | |
| 5 | Weijun Chen Subscription Agreement | | Yes | | | | |
| 6 | Jie Chu Subscription Agreement | | Yes | | | | |
| 7 | Zhaojun Cong Subscription Agreement | | Yes | | | | |
| 8 | He Cui Subscription Agreement | | Yes | | | | |
| 9 | Jianying Ding Subscription Agreement | | Yes | | | | |
| 10 | Jichun Du Subscription Agreement | | Yes | | | | |
| 11 | Qing Du Subscription Agreement | | Yes | | | | |
| 12 | Jieying Feng Subscription Agreement | | Yes | | | | |
| 13 | Yupeng Gao Subscription Agreement | | Yes | | | | |
| 14 | Yiran Han Subscription Agreement | | Yes | | | | |
| 15 | Jinyang Hu Subscription Agreement | | Yes | | | | |
| 16 | Naixin Hu Subscription Agreement | | Yes | | | | |
| 17 | Xiao Huang Subscription Agreement | | Yes | | | | |
| 18 | Junmei Jin Subscription Agreement | | Yes | | | | |
| 19 | Xin Meng Subscription Agreement | | Yes | | | | |
| 20 | Weihong Lu Subscription Agreement | | Yes | | | | |
| 21 | Yuanyuan Ma Subscription Agreement | | Yes | | | | |
| 22 | Min Pan Subscription Agreement | | Yes | | | | |
| 23 | Lei Pei Subscription Agreement | | Yes | | | | |
| 24 | Hao Qi Subscription Agreement | | Yes | | | | |
| 25 | Xiao Rong Subscription Agreement | | Yes | | | | |
| 26 | Juan Shao Subscription Agreement | | Yes | | | | |
| 27 | Hui Wang Subscription Agreement | | Yes | | | | |
| 28 | Jingyi Wang Subscription Agreement | | Yes | | | | |
| 29 | Yuquan Wang Subscription Agreement | | Yes | | | | |
| 30 | Zidong Wang Subscription Agreement | | Yes | | | | |
| 31 | Rongrong Wu Subscription Agreement | | Yes | | | | |
| 32 | Zhaohui Xu Subscription Agreement | | Yes | | | | |
| 33 | Qi Xu Subscription Agreement | | Yes | | | | |
| 34 | Jie Yan Subscription Agreement | | Yes | | | | |
| 35 | Ke Yang Subscription Agreement | | | | | | |
| 36 | Qin Yang Subscription Agreement | | Yes | | | | |
| 37 | Hongyun Yu Subscription Agreement | | | | | | |
| 38 | Shuxian Zeng Subscription Agreement | | Yes | | | | |
| 39 | Xiaohong Zhang Subscription Agreement | | Yes | | | | |
| 40 | Ying Zhao Subscription Agreement | | Yes | | | | |
| 41 | Minbo Zhou Subscription Agreement | | Yes | | | | |
| 42 | Nan Zhou Subscription Agreement | | Yes | | | | |
| 43 | Huiqing Zhu Subscription Agreement | | Yes | | | | |
| 44 | Ziling Zeng Subscription Agreement | | Yes | | | | |
| 45 | Luyi Zhang Subscription Agreement | | | | | | |
| 46 | Jundi Liang Subscription Agreement | | Yes | | | | |
| 47 | Tao Li Subscription Agreement | | Yes | | | | |
| 48 | Yun Cai Subscription Agreement | | Yes | | | | |
| 49 | Hongliang Tang Subscription Agreement | | Yes | | | | |
| 50 | Jie Tang Subscription Agreement | | Yes | | | | |
| 51 | Wenlung Chen Subscription Agreement | | Yes | | | | |
| 52 | Shi Zhang Subscription Agreement | | Yes | | | | |
| 53 | Jun Che Subscription Agreement | | Yes | | | | |
| 54 | Dahe Zhang Subscription Agreement | | Yes | | | | |
| 55 | Shan Wan Subscription Agreement | | Yes | | | | |
| 56 | Xiaohong Sun Subscription Agreement | | Yes | | | | |
| 57 | Yan Lyu Subscription Agreement | | Yes | | | | |
| 58 | Jialin Tian Subscription Agreement | | Yes | | | | |
| 59 | Rui Tang Subscription Agreement | | Yes | | | | |
| 60 | Xinhan Lin Subscription Agreement | | | | | | |
| 61 | Siyu Liu Subscription Agreement | | Yes | | | | |
| 62 | Jianying Meng Subscription Agreement | | | | | | |
| 63 | Phuong Nguyen Subscription Agreement | | Yes | | | | |
| 64 | Yeqing Pan Subscription Agreement | | Yes | | | | |
| 65 | Xuerong Qi Subscription Agreement | | Yes | | | | |
| 66 | Qiang Wang Subscription Agreement | | Yes | | | | |
| 67 | Junli Wei Subscription Agreement | | Yes | | | | |
| 68 | Yunfei Wu Subscription Agreement | | Yes | | | | |
| 69 | Hongying Yu Subscription Agreement | | Yes | | | | |

| # | Document | | Yes/No | | | | |
|---|---|---|---|---|---|---|---|
| 70 | Dongli Zhang Subscription Agreement | | Yes | | | | |
| 71 | Lan Cai Limited Partnership Agreement | | Yes | | | | |
| 72 | Shujie Chen Limited Partnership Agreement | | Yes | | | | |
| 73 | Tianran Chen Limited Partnership Agreement | | Yes | | | | |
| 74 | Weijun Chen Limited Partnership Agreement | | Yes | | | | |
| 75 | Jie Chu Limited Partnership Agreement | | Yes | | | | |
| 76 | Zhaojun Cong Limited Partnership Agreement | | Yes | | | | |
| 77 | He Cui Limited Partnership Agreement | | Yes | | | | |
| 78 | Jianying Ding Limited Partnership Agreement | | Yes | | | | |
| 79 | Jichun Du Limited Partnership Agreement | | Yes | | | | |
| 80 | Qing Du Limited Partnership Agreement | | Yes | | | | |
| 81 | Jieying Feng Limited Partnership Agreement | | Yes | | | | |
| 82 | Yupeng Gao Limited Partnership Agreement | | Yes | | | | |
| 83 | Yiran Han Limited Partnership Agreement | | Yes | | | | |
| 84 | Jinyang Hu Limited Partnership Agreement | | Yes | | | | |
| 85 | Naixin Hu Limited Partnership Agreement | | Yes | | | | |
| 86 | Xiao Huang Limited Partnership Agreement | | Yes | | | | |
| 87 | Junmei Jin Limited Partnership Agreement | | Yes | | | | |
| 88 | Xin Meng Limited Partnership Agreement | | Yes | | | | |
| 89 | Weihong Lu Limited Partnership Agreement | | Yes | | | | |
| 90 | Yuanyuan Ma Limited Partnership Agreement | | Yes | | | | |
| 91 | Min Pan Limited Partnership Agreement | | Yes | | | | |
| 92 | Lei Pei Limited Partnership Agreement | | Yes | | | | |
| 93 | Hao Qi Limited Partnership Agreement | | Yes | | | | |
| 94 | Xiao Rong Limited Partnership Agreement | | Yes | | | | |
| 95 | Juan Shao Limited Partnership Agreement | | Yes | | | | |
| 96 | Hui Wang Limited Partnership Agreement | | Yes | | | | |
| 97 | Jingyi Wang Limited Partnership Agreement | | Yes | | | | |
| 98 | Yuquan Wang Limited Partnership Agreement | | Yes | | | | |
| 99 | Zidong Wang Limited Partnership Agreement | | Yes | | | | |
| 100 | Rongrong Wu Limited Partnership Agreement | | Yes | | | | |
| 101 | Zhaohui Xu Limited Partnership Agreement | | Yes | | | | |
| 102 | Qi Xu Limited Partnership Agreement | | Yes | | | | |
| 103 | Jie Yan Limited Partnership Agreement | | Yes | | | | |
| 104 | Ke Yang Limited Partnership Agreement | | | | | | |
| 105 | Qin Yang Limited Partnership Agreement | | Yes | | | | |
| 106 | Hongyun Yu Limited Partnership Agreement | | | | | | |
| 107 | Shuxian Zeng Limited Partnership Agreement | | Yes | | | | |
| 108 | Xiaohong Zhang Limited Partnership Agreement | | Yes | | | | |
| 109 | Ying Zhao Limited Partnership Agreement | | Yes | | | | |
| 110 | Minbo Zhou Limited Partnership Agreement | | Yes | | | | |
| 111 | Nan Zhou Limited Partnership Agreement | | Yes | | | | |
| 112 | Huiqing Zhu Limited Partnership Agreement | | Yes | | | | |
| 113 | Ziling Zeng Limited Partnership Agreement | | Yes | | | | |
| 114 | Luyi Zhang Limited Partnership Agreement | | | | | | |
| 115 | Jundi Liang Limited Partnership Agreement | | Yes | | | | |
| 116 | Tao Li Limited Partnership Agreement | | Yes | | | | |
| 117 | Yun Cai Limited Partnership Agreement | | Yes | | | | |
| 118 | Hongliang Tang Limited Partnership Agreement | | Yes | | | | |
| 119 | Jie Tang Limited Partnership Agreement | | Yes | | | | |
| 120 | Wenlung Chen Limited Partnership Agreement | | Yes | | | | |
| 121 | Shi Zhang Limited Partnership Agreement | | Yes | | | | |
| 122 | Jun Che Limited Partnership Agreement | | Yes | | | | |
| 123 | Dahe Zhang Limited Partnership Agreement | | Yes | | | | |
| 124 | Shan Wan Limited Partnership Agreement | | Yes | | | | |
| 125 | Xiaohong Sun Limited Partnership Agreement | | Yes | | | | |
| 126 | Yan Lyu Limited Partnership Agreement | | Yes | | | | |
| 127 | Jialin Tian Limited Partnership Agreement | | Yes | | | | |
| 128 | Rui Tang Limited Partnership Agreement | | Yes | | | | |
| 129 | Xinhan Lin Limited Partnership Agreement | | | | | | |
| 130 | Siyu Liu Limited Partnership Agreement | | Yes | | | | |
| 131 | Jianying Meng Limited Partnership Agreement | | | | | | |
| 132 | Phuong Nguyen Limited Partnership Agreement | | Yes | | | | |
| 133 | Yeqing Pan Limited Partnership Agreement | | Yes | | | | |
| 134 | Xuerong Qi Limited Partnership Agreement | | Yes | | | | |
| 135 | Qiang Wang Limited Partnership Agreement | | Yes | | | | |
| 136 | Junli Wei Limited Partnership Agreement | | Yes | | | | |
| 137 | Yunfei Wu Limited Partnership Agreement | | Yes | | | | |
| 138 | Hongying Yu Limited Partnership Agreement | | Yes | | | | |
| 139 | Dongli Zhang Limited Partnership Agreement | | Yes | | | | |
| 140 | Lan Cai Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 141 | Shujie Chen Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 142 | Tianran Chen Evidence of Transfer/Receipt of Funds | | Yes | | | | |

| # | Description | | Yes/No | | | | |
|---|---|---|---|---|---|---|---|
| 143 | Weijun Chen Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 144 | Jie Chu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 145 | Zhaojun Cong Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 146 | He Cui Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 147 | Jianying Ding Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 148 | Jichun Du Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 149 | Qing Du Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 150 | Jieying Feng Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 151 | Yupeng Gao Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 152 | Yiran Han Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 153 | Jinyang Hu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 154 | Naixin Hu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 155 | Xiao Huang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 156 | Junmei Jin Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 157 | Xin Meng Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 158 | Weihong Lu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 159 | Yuanyuan Ma Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 160 | Min Pan Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 161 | Lei Pei Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 162 | Hao Qi Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 163 | Xiao Rong Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 164 | Juan Shao Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 165 | Hui Wang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 166 | Jingyi Wang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 167 | Yuquan Wang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 168 | Zidong Wang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 169 | Rongrong Wu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 170 | Zhaohui Xu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 171 | Qi Xu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 172 | Jie Yan Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 173 | Ke Yang Evidence of Transfer/Receipt of Funds | | | | | | |
| 174 | Qin Yang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 175 | Hongyun Yu Evidence of Transfer/Receipt of Funds | | | | | | |
| 176 | Shuxian Zeng Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 177 | Xiaohong Zhang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 178 | Ying Zhao Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 179 | Minbo Zhou Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 180 | Nan Zhou Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 181 | Huiqing Zhu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 182 | Ziling Zeng Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 183 | Luyi Zhang Evidence of Transfer/Receipt of Funds | | | | | | |
| 184 | Jundi Liang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 185 | Tao Li Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 186 | Yun Cai Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 187 | Hongliang Tang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 188 | Jie Tang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 189 | Wenlung Chen Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 190 | Shi Zhang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 191 | Jun Che Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 192 | Dahe Zhang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 193 | Shan Wan Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 194 | Xiaohong Sun Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 195 | Yan Lyu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 196 | Jialin Tian Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 197 | Rui Tang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 198 | Xinhan Lin Evidence of Transfer/Receipt of Funds | | | | | | |
| 199 | Siyu Liu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 200 | Jianying Meng Evidence of Transfer/Receipt of Funds | | | | | | |
| 201 | Phuong Nguyen Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 202 | Yeqing Pan Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 203 | Xuerong Qi Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 204 | Qiang Wang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 205 | Junli Wei Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 206 | Yunfei Wu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 207 | Hongying Yu Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 208 | Dongli Zhang Evidence of Transfer/Receipt of Funds | | Yes | | | | |
| 209 | Org Chart – September 2019 | | Yes | | | | |
| 210 | 2019 Nov Bank Statement – Hotel at Southport, LLC | | Yes | | | | |
| 211 | Limited Liability Company Agreement of HOTEL AT SOUTHPORT LLC | | Yes | | | | |
| 212 | Limited Liability Company Agreement of MIN LLC | | Yes | | | | |
| 213 | Amended and Restated Limited Liability Company Agreement of Twelfth Floor LLC | | Yes | | | | |
| 214 | Construction Loan Agreement | | Yes | | | | |

| # | Description | | Yes/No | | | | |
|---|---|---|---|---|---|---|---|
| 215 | Amendment to Construction Loan Agreement | | Yes | | | | |
| 216 | Intercreditor Agreement | | Yes | | | | |
| 217 | Loan Modification and Assumption Agreement | | Yes | | | | |
| 218 | Amended and Restated Promissory Note | | Yes | | | | |
| 219 | Pledge of Membership Interest and Security Agreement | | Yes | | | | |
| 220 | Consent to Action in Lieu of Special Meeting by Member of 1 Min, LLC and By Board of Directors of Seco Development, Inc. | | Yes | | | | |
| 221 | Plan of Conversion and Conversion Agreement | | Yes | | | | |
| 222 | 2021 Aug Bank Reconciliation – Hotel at Southport, LLC | | Yes | | | | |
| 223 | 2023 January Bank Reconciliation – Hotel at Southport, LLC | | Yes | | | | |
| 224 | 2023 February Bank Reconciliation – Hotel at Southport, LLC | | Yes | | | | |
| 225 | 2023 March Bank Reconciliation – Hotel at Southport, LLC | | Yes | | | | |
| 226 | November 6, 2019 Letter of Richards Layton & Finger | | Yes | | | | |
| 227 | Mezzanine Loan Agreement | | Yes | | | | |
| 228 | Mezzanine Loan Agreement | | Yes | | | | |
| 229 | Loan Agreement | | Yes | | | | |
| 230 | Promissory Note | | Yes | | | | |
| 231 | Promissory Note | | Yes | | | | |
| 232 | First Amendment to Deed of Trust | | Yes | | | | |
| 233 | Amended and Restated Promissory Note | | Yes | | | | |
| 234 | Deed of Trust | | Yes | | | | |
| 235 | Second Loan Modification Agreement | | Yes | | | | |
| 236 | 2015 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 237 | 2016 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 238 | 2017 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 239 | 2018 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 240 | 2019 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 241 | 2020 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 242 | 2021 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 243 | 2022 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 244 | 2023 Income Tax Returns – 1 Min, LLC | | Yes | | | | |
| 245 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 246 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 247 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 248 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 249 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 250 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 251 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 252 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 253 | Income Statement – Southport Hotel EB-5, LP | | Yes | | | | |
| 254 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 255 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 256 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 257 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 258 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 259 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 260 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 261 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 262 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 263 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 264 | Balance Sheet – Hotel at Southport, LLC | | Yes | | | | |
| 265 | Statement of Cash Flows – Hotel at Southport, LLC | | Yes | | | | |
| 266 | Income Statement – Hotel at Southport, LLC | | Yes | | | | |
| 267 | Final Development Cost Breakdown | | | | | | |
| 268 | Guaranty of Recourse Obligations | | Yes | | | | |
| 269 | Environmental Indemnity Agreement | | Yes | | | | |
| 270 | 2018 Jan Bank Statement – Hotel at Southport, LLC | | Yes | | | | |
| 271 | Limited Liability Company Agreement of Hotel at Southport LLC | | Yes | | | | |
| 272 | Amended and Restated Limited Liability Company Agreement of Twelfth Floor | | Yes | | | | |
| 273 | Hyatt Lake Washington - Acknowledgment of Pledge | | Yes | | | | |
| 274 | Hyatt Lake Washington - Mezz Loan Allonge (WF Trust) | | Yes | | | | |
| 275 | Hyatt Lake Washington - Original Mezz Loan Agreement | | Yes | | | | |
| 276 | Hyatt Lake Washington - Original Mezz Loan Certification of Documents | | Yes | | | | |
| 277 | Hyatt Lake Washington - Original Mezz Loan Pledge and Security Agreement | | Yes | | | | |
| 278 | Hyatt Lake Washington - Original Mezz Loan Promissory Note | | Yes | | | | |
| 279 | Hyatt Lake Washington RLF State Law Opinion for Twelfth Floor LLC | | Yes | | | | |
| 280 | Hyatt Lake Washington RLF State Law Opinion for Hotel at Southport LLC | | Yes | | | | |
| 281 | Hyatt Lake Washington Non- Consolidation Opinion for Hotel at Southport LLC | | Yes | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 282 | Hyatt Lake Washington Mezzanine Non-Consolidation Opinion for Twelfth Floor LLC | | Yes | | | | |
| 283 | Estoppel Certificate for Southport Hotel EB-5, LP | | Yes | | | | |
| 284 | Hyatt Lake Washington - Mezz Loan Delaware UCC-1 Financing Statement | | Yes | | | | |
| 285 | Estoppel Certificate for Southport Hotel EB-5, LP | | Yes | | | | |
| 286 | Hyatt Lake Washington - Mezz Loan Assignment and Assumption Agreement | | Yes | | | | |
| 287 | Hyatt Lake Washington - Mezz Loan -Delaware UCC-3 Assignment (WF Trust) | | Yes | | | | |
| 288 | Joint Disclosure Statement For Debtors' Joint Plan of Reorganization (ECF 8) | | Yes | | | | |
| 289 | Debtors' Joint Plan of Reorganization (ECF 9) | | Yes | | | | |
| 290 | Debtors' First Amended Joint Plan of Reorganization (ECF 127) | | Yes | | | | |
| 291 | LLC Agreement – Hotel at Southport LLC May 29, 2013 | | Yes | | | | |
| 292 | Status Report on Southport Hotel Project, July 18, 2023 | | | | | | |
| 293 | Status Report on Southport Hotel Project, December 13, 2023 | | | | | | |